FILED

08/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0202



IN THE SUPREME COURT OF THE STATE OF MONTANA
THE OFFICE OF THE CLERK OF SUPREME COURT
HELENA, MONTANA 59620-3003

Supreme Court No.
DA 20-0202

ALLAN MARGITAN,

    Plaintiff and Appellant,

v.

STEPHEN MATTHEW McAFEE and GREG MORAN,

    Defendants and Appellees.

**GRANT OF EXTENSION**

Pursuant to authority granted under M. R. App.P. 26(1), Appellee is given an extension of time until September 17, 2020, to prepare, file, and serve the Appelle's Response brief.

DATED this August 14, 2020

Bowen Greenwood
Clerk of the Supreme Court

c:    Quentin M. Rhoades, Robert Erickson, Carey Schmidt, Mitchell J.W. Vap, John Francis Haffey

PO BOX 203003 • HELENA MT • 59620-3003 • TELEPHONE: (406) 444-3858 • FAX: (406) 444-5705